■ In the Matter of the Arbitration between MARY HOLL, as President of Teamsters Local 264 of the International Brotherhood of Teamsters, Respondent, and CITY OF BUFFALO et al., Appellants. (Appeal No. 2.) [939 NYS2d 908]—Appeal from a judgment and order (one paper) of the Supreme Court, Erie County (Diane Y. Devlin, J.), entered March 4, 2011 in a proceeding pursuant to CPLR article 75. The judgment and order, among other things, confirmed an arbitration award.

It is hereby ordered that the judgment and order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Matter of Lucas* (*City of Buffalo*) (93 AD3d 1160 [2012]). Present—Scudder, P.J., Centra, Peradotto, Lindley and Martoche, JJ.